**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| FRED COOK, | : No. 48 WM 2014 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| UNEMPLOYMENT COMPENSATION | : |
| BOARD OF REVIEW, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 21st day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**,